IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>DAVID R. MULKEY, JR.,<br><br>Defendant | NO. 3: 08-PO-05-04 (CWH)<br><br>**VIOLATION:** Unauthorized Clearing of Vegetation and Trees Hartwell Lake |

## ORDER OF DISMISSAL

Counsel for the United States has moved the court to dismiss the above-captioned proceeding, noting that defendant MULKEY has provided restitution to the victim in full.

Accordingly, for cause shown, this proceeding is **DISMISSED** *with prejudice*.

SO ORDERED AND DIRECTED, this 31st day of DECEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE